```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    18cv8731 (DLC)
GERALD SCHWARTZ,                         :
                                         :         ORDER
                    Plaintiff,           :
          -v-                            :
                                         :
GRAMERCY TOWERS OWNERS CORPORATION and   :
AKAM ASSOCIATES, INC.,                   :
                                         :
                    Defendants.          :
                                         X
----------------------------------------
```

DENISE COTE, District Judge:

On January 7, 2020, plaintiff's counsel filed a letter indicating that the plaintiff had passed away and requesting until March 13 to provide further information concerning the prosecution of the case. A Memo Endorsement of January 8 granted the request and informed counsel that unless good cause was shown by March 13 for the continuation of the case, it would be dismissed. Plaintiff's counsel has made no further filing. Accordingly, it is hereby

ORDERED that this case is dismissed.

Dated:   New York, New York
         March 17, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge